JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

CODY POPE, an individual,

          Plaintiff,

   v.

FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 20, inclusive,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 8:25-cv-00655-FWS-JDE

**JUDGMENT**

Plaintiff Cody Pope pleads claims against Defendant Ford Motor Company related to alleged defects in Plaintiff's 2024 Ford F-150.  (*See generally* Dkt. 1-1 (Complaint).) The matter came before the court on Defendant's Motion for Summary Judgment.  (Dkt. 20.)  On April 16, 2026, the court granted the Motion for Summary Judgment.    In accordance with the Order Granting Defendant's Motion for Summary Judgment, the

court **ENTERS JUDGMENT** in this case in favor of Defendant and against Plaintiff. Plaintiff shall take nothing on his claims against Defendant in this case.

      **IT IS SO ORDERED.**

      DATED:   April 17, 2026

                        Hon. Fred W. Slaughter
                        UNITED STATES DISTRICT JUDGE